# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**GILBERT MATIAS-HERNANDEZ,**  :
:
   Movant,  :
:   Civil Action No. 7:06-cv-31 (HL)
v.  :
:   Crim. Action No. 7:04-cr-17 (HL)
**UNITED STATES OF AMERICA,**  :
:
   Respondent.  :
_____

# ORDER

The Report and Recommendation of United States Magistrate Judge G. Mallon Faircloth, entered on August 23, 2006, is before the Court. The Magistrate Judge recommends that the Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 be denied. Movant, Gilbert Matias-Hernandez, has not filed written objections to the Recommendation, as permitted by 28 U.S.C. § 636(b)(1). The Court has thoroughly considered the Recommendation and is of the opinion that the Magistrate Judge's determination was correct, and that Matias-Hernandez is not entitled to relief under the § 2255 Motion. Accordingly, the Court accepts the Recommendation of the Magistrate Judge (Doc. 61). The Motion to Vacate, Set Aside or Correct Sentence (Doc. 52) is hereby denied.

**SO ORDERED**, this the 20th day of November, 2006.

                                                   s/    Hugh Lawson
                                                   **HUGH LAWSON, JUDGE**

mls